IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:   Jane B. Jones,<br><br>                    Debtor | CHAPTER 13 |
| Jane B. Jones,<br><br>                    Plaintiff | Bankruptcy Case No. 19-13107 (MDC) |
| v.<br><br>Carisbrook Asset Holding Trust c/o RoundPoint Mortgage Servicing Corporation.<br><br>                    Defendant | Adversary Case No. 19-00247 (MDC) |

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** by and between undersigned counsel for Debtor-Plaintiff, Jane B. Jones ("Plaintiff"), and Creditor-Defendant Carisbrook Asset Holding Trust ("Defendant"), that the time by which Plaintiff must respond to Defendant's Motion to Dismiss Adversary Complaint (the "Motion") is extended to and including April 7, 2020.

It is further **STIPULATED AND AGREED** that the Motion shall be heard on the papers, in lieu of a personal appearance, at the convenience of the Court.

| | |
|---|---|
| **LAW OFFICES OF GEORGETTE MILLER & ASSOCIATES, P.C.** | **BLANK ROME LLP** |
| */s/ Michelle Lee*<br>Michelle Lee, Esquire 202229<br>119 South Easton Road<br>Glenside, PA 19038<br>MLee@georgettemillerlaw.com<br>*Attorney for Debtor-Plaintiff* | */s/ Thomas M. Brodowski*<br>Thomas M. Brodowski, Esquire 207377<br>130 N. 18th St.<br>Philadelphia, PA 19103<br>TBrodowski@BlankRome.com<br>*Attorney for Creditor-Defendant* |